# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| KRISTIN ALLYN WEATHERHOLTZ, | : | No. 627 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DYLAN JACOB MCKELVEY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW** this 30th day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Did the Superior Court err by holding that the statute of limitations for the [Protection of Victims of Sexual Violence of Intimidation Act, 42 Pa.C.S. §§ 62A01- 62A20,] begins to run from the date of the act of sexual violence or intimidation committed by [Petitioner], instead of from the date of the act or circumstance that demonstrated a continued risk of harm to the victim?